## N. Y. SUPERIOR COURT.

### JOHN H. PAKE agt. ARTHUR PROAL.

*Examination of a party before trial—mode of procedure to compel a party
to appear for examination—construction of sections 873, 874 and 875 of the
Code of Civil Procedure.*

The summons resorted to under the old Code, for the purpose of bringing
a party into court for examination, having been superseded by the sub-
pœna substituted by the Code of Civil Procedure, and the requirement
of a subpœna having in turn been abrogated, nothing more is now
necessary than service of the order and affidavit as prescribed by sec-
tion 875.

If a party has appeared in the action, the service of a copy of the order
and of the affidavit upon which it was granted upon his attorney is
sufficient. If a party has not appeared in the action, the papers must
be served upon him as directed by the order. . If no action is pending,
they must be personally served upon each of the persons named therein
as expected adverse parties.

*Special Term, October,* 1877.

FREEDMAN, *J.* — Section 874, as originally enacted as part
of the Code of Remedial Justice, provided that upon the appli-
cation of the person desiring to take deposition, the judge
must also issue a subpœna, directed to the person to be
examined, requiring him to attend at the time and place spe-
cified in the order granted under section 873. It further
provided, that if the person so subpœnaed fails to obey the
subpœna, his attendance may be compelled and he may be
punished in like manner, and the proceedings thereon are the
same as if he failed to obey a subpœna issued from the court
in which the action is pending, &c. The legislature of 1877

amended the section by striking from it the requirement of a subpœna, and by directing that if the party or person served with the order fails to obey the same, his attendance may be compelled and he may be punished, in like manner as if he failed to obey a subpœna issued from the court.

The mode of the service of the order is prescribed by section 875. If a party has appeared in the action, the service of a copy of the order and of the affidavit upon which it was granted upon his attorney, in like manner as a paper in the action, is sufficient. If a party has not appeared in the action, the papers must be served upon him, as directed by the order. If no action is pending they must be personally served upon each of the persons named therein as expected adverse parties. The summons resorted to under the old Code for the purpose of bringing a party into court for examination having been superseded by the subpœna substituted by the Code of Remedial Justice, and the requirement of a subpœna having in turn been abrogated, nothing more is now necessary than service as prescribed by section 875. The motion to dismiss the proceedings for want of a summons must be denied, and the defendant required to appear for examination.